BY FAX

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central District of California

Case number (if known): 20-13029 Chapter 15


FILED
MAR 18 2020
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

| | | |
|---|---|---|
| 1. Debtor's name | Lion Diversified Holdings Berhad | |
| 2. Debtor's unique identifier | **For non-individual debtors:**<br>☐ Federal Employer Identification Number (EIN) __ __ - __ __ __ __ __ __ __<br>☑ Other 9428-T _____. Describe identifier Company No. _____<br>**For individual debtors:**<br>☐ Social Security number: xxx – xx– __ __ __ __<br>☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – __ __ __ __<br>☐ Other _____. Describe identifier _____ | |
| 3. Name of foreign representative(s) | _____ | |
| 4. Foreign proceeding in which appointment of the foreign representative(s) occurred | _____ | |
| 5. Nature of the foreign proceeding | Check one:<br>☑ Foreign main proceeding<br>☐ Foreign nonmain proceeding<br>☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding | |
| 6. Evidence of the foreign proceeding | ☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.<br>☑ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.<br>☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.<br>_____<br>_____ | |
| 7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)? | ☑ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)<br>☐ Yes | |

Debtor    Lion Diversified Holdings Berhad    Case number (if known)
          Name

8. **Others entitled to notice**    Attach a list containing the names and addresses of:

   (i)   all persons or bodies authorized to administer foreign proceedings of the debtor,

   (ii)  all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

   (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

9. **Addresses**

   Country where the debtor has the center of its main interests:

   Malaysia

   Debtor's registered office:

   Level 14, Lion Office Tower, No. 1 Jalan
   Number    Street

   Nagasari, 50200 Wilayah Persekutuan
   P.O. Box

   Kuala Lumpur
   City    State/Province/Region    ZIP/Postal Code

   Malaysia
   Country

   Individual debtor's habitual residence:

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City    State/Province/Region    ZIP/Postal Code

   _____
   Country

   Address of foreign representative(s):

   Suite 11.05, Level 11, The Gardens
   Number    Street

   South Tower, Mid Valley City
   P.O. Box

   Lingkaran Syed Putra    59200
   City    State/Province/Region    ZIP/Postal Code

   Kuala Lumpur, Malaysia
   Country

10. **Debtor's website (URL)**    www.lion.com.my

11. **Type of debtor**

    Check one:

    ☑ Non-individual (check one):

       ☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

       ☐ Partnership

       ☐ Other. Specify: _____

    ☐ Individual

Debtor  Lion Diversified Holdings Berhad                    Case number (if known) _____
        Name

**12. Why is venue proper in *this* district?**

Check one:

☐ Debtor's principal place of business or principal assets in the United States are in this district.

☑ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
Classic Maritime v. Lion Diversified Holdings Berhard et al - KC069375

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
_____

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

X _____        DATUK TEE GUAN PIAN
Signature of foreign representative       Printed name

Executed on  03/16/2020
             MM / DD / YYYY

X _____        _____
Signature of foreign representative       Printed name

Executed on  _____
             MM / DD / YYYY

**14. Signature of attorney**

X _____ Date  03/17/2020
Signature of Attorney for foreign representative   MM / DD / YYYY

Bradley M. Rose
Printed name

Kaye Rose & Partners, LLP
Firm name

169 South Rodeo Drive
Number   Street

Beverly Hills                              CA          90212
City                                       State       ZIP Code

(310) 551-6555                             brose@kayerose.com
Contact phone                              Email address

126281                                     CA
Bar number                                 State