**KAYE, ROSE & PARTNERS, LLP**
Bradley M. Rose, Esq. (126281)
brose@kayerose.com
723 Palisades Beach Road, Suite 108
Santa Monica, California 90402
Telephone: (310) 551-6555
Facsimile: (310) 277-1220

Attorneys for Debtor
**Lion Diversified Holdings Berhad**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>LION DIVERSIFIED HOLDINGS BERHAD<br><br>Debtor in Foreign Proceeding | Case No. 2:20-bk-13029-SK<br><br>CHAPTER 15<br><br>**NOTICE OF CONTINUED FURTHER STATUS CONFERENCE** |
|---|---|

TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that a Further Status Conference in this matter has been continued to December 30, 2020 at 9:00 a.m. before Judge Sandra Klein of the above-entitled Court.

Dated: September 22, 2020         **KAYE, ROSE & PARTNERS, LLP**


By:  /s/ *Bradley M. Rose*
    Bradley M. Rose
    Attorney for **DEBTOR LION DIVERSIFIED HOLDINGS BERHARD**

1
**NOTICE OF CONTINUED FURTHER
STATUS CONFERENCE**

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in Los Angeles County, State of California. I am over the age of eighteen (18) and not a party to this action; my business address is 723 Palisades Beach Road, Suite 108, Santa Monica, California 90402.

    On September 22, 2020, I served the attached document **NOTICE OF CONTINUED FURTHER STATUS CONFERENCE** on the following interested parties:

| | |
|---|---|
| Rupert P. Hansen, Esq.<br>Marc A. Centor, Esq.<br>COX, WOOTTON, LERNER. GRIFFIN & HANSEN, LLP<br>900 Front Street, Suite 350<br>San Francisco, 94111<br>rhansen@cwlfirm.com<br>mcentor@cwlfirm.com | Attorneys for Creditor<br>CLASSIC MARITIME INC. |
| Kenneth H. Brown, Esq.<br>Harry D. Hochman, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Boulevard, 13th Floor<br>Los Angeles, California 90067<br>Telephone: 310.277.6910<br>Facsimile: 310.201.0760<br>kbrown@pszjlaw.com<br>hhochman@pszjlaw.com | Attorneys for Creditor<br>CLASSIC MARITIME INC. |
| Briton Sparkman, Esq.<br>CHALOS & CO., P.C.<br>7210 Tickner Street<br>Houston, TX 77055<br>Telephone: 714. 574.9582<br>Facsimile: 1.866.702.4577<br>bsparkman@chaloslaw.com | Pro Hac Vice<br>Counsel for Defendant<br>LIKOM CASEWORKS USA INC.<br>And Defendant LION<br>DIVERSIFIED HOLDINGS BHD |

in the following manner:

☐ **(BY MAIL):** By placing a copy in a separate envelope, for each addressee named below. I then sealed each envelope and, with the postage thereon fully prepaid, either deposited each in the United States Postal Service or placed each for collection and mailing on the date of execution of this Declaration as indicated below, at San Diego, California, following ordinary business practices.

☐ **(BY OVERNIGHT SERVICE):** depositing copies of the above documents(s) in an envelope or package designated by said service with delivery fees paid and placing same in a box or other facility regularly maintained by: .

*Kaye, Rose & Partners LLP*

☒ **(BY E-MAIL OR ELECTRONIC TRANSMISSION):** I caused the documents to be sent to the persons at the e-mail address listed. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Declaration is executed this 22nd day of September, 2020 at Lancaster, California.

                                                     /s/ H. Jackson
                                                     H. Jackson

Kaye, Rose & Partners LLP

3

**NOTICE OF CONTINUED FURTHER STATUS CONFERENCE**