KAYE, ROSE & PARTNERS, LLP
Bradley M. Rose, Esq. (126281)
brose@kayerose.com
723 Palisades Beach Road, Suite 108
Santa Monica, California 90402
Telephone: (310) 551-6555
Facsimile: (310) 277-1220

Attorneys for Debtor
**Lion Diversified Holdings Berhad**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

In re:

LION DIVERSIFIED HOLDINGS BERHAD

Debtor in Foreign Proceeding

Case No. 2:20-bk-13029-SK

CHAPTER 15

STATUS REPORT IN ADVANCE OF STATUS CONFERENCE

DATE: June 30, 2021

TIME: 9:00 AM

TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

**COMES NOW**, Datuk Tee Guan Pian, in his capacity as duly authorized foreign representative ("**Foreign Representative**") of the Debtor in a Foreign Proceeding Lion Diversified Holdings Berhad ("**LDHB**") in the company's winding up by the court (the "**Malaysian Proceeding**"), under the provisions of the Companies Act 2016 of Malaysia, by its United States counsel, Kaye, Rose & Partners, LLP and submits this Status Report, as follows:

### SUBMITTED FOR JUNE 30, 2021 STATUS CONFERENCE

On September 1, 2020, this Court entered the unopposed Order Granting Recognition And Relief In Aid Of A Foreign Main Proceeding Pursuant To 11 U.S.C. S. §§ 362, 1515, 1517, and 1520 (Dkt. 18). During the September 9, 2020 Status Conference in the above-

captioned proceedings, all interested parties appeared and confirmed that there were no other applications pending before the Court following the entry of the Order Granting Recognition and Relief. The Status Conference was continued to December 30, 2020.

During the December 30, 2020 Status Conference, counsel for the Foreign Representative confirmed that LDHB's winding up continues to progress in the Malaysian Proceedings and the conference was continued for six (6) months to June 30, 2021. It is respectfully submitted that the Malaysian Proceeding remains pending and ongoing before the High Court of Malaya at Kuala Lumpur (Commercial Division). As the foreign main proceeding remains ongoing, the continued need for the Chapter 15 Recognition and Relief Order remains in place. The Foreign Representative and LDHB further report that there are no pending motions, applications, and/or appearances in this matter requiring the Court's action at this time.

Accordingly, the Foreign Representative and LDHB respectfully request that the Court continue the Status Conference for an additional six (6) months to December 30, 2021. The Foreign Representative and LDHB will submit a further status report on or before December 15, 2021, or as may be otherwise required pursuant to the Bankruptcy Code, the Bankruptcy Rules, and/or the local rules of this Honorable Court should there be a change in status and/or some other matter need to be taken up by the Court in advance of the continued Status Conference.

WHEREFORE, for the reasons set forth above, the Foreign Representative and LDHB respectfully request the continuance of the June 30, 2021 Status Conference to December 30, 2021, and that the Court grant such other and further relief as the Court may find to be just and

////

equitable under the facts and circumstances of this matter.

Respectfully submitted,

Dated: June 15, 2021  **KAYE, ROSE & PARTNERS, LLP**

By: /s/ *Bradley M. Rose*
Bradley M. Rose
Attorney for **DEBTOR LION DIVERSIFIED HOLDINGS BERHARD and FOREIGN REPRESENTATIVE DATUK TEE GUAN PIAN**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

723 Palisades Beach Road, Suite 108, Santa Monica, California 90402

A true and correct copy of the foregoing document entitled (*specify*): _____
Status Report in Advance of Status Conference
_____
_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 06/15/2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

U.S. Trustee
Ron Maroko, ron.maroko@usdoj.gov
Creditor Classic Maritime
Harry Hochman, hhochman@pszjlaw.com; Kenneth Brown, kbrown@pszjlaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/15/2021 | H. Jackson | /s/ H. Jackson |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE